IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01475-REB-MJW

ANTHONY FERNANDEZ,

Plaintiff(s),

v.

DENVER POLICE OFFICER THOMAS BOGERT, et al.,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that the Plaintiffs' Counsels' Unopposed Motion for Leave of Court to File Plaintiff's First Amended Complaint, filed with the Court on October 6, 2008, DN 19, is GRANTED and same shall be accepted for filing as of the date of this minute order. The Plaintiffs shall file their "First Amended Complaint for Damages for Use of Excessive Police Force" with the Court, **on or before October 9, 2008**.

Date: October 7, 2008