IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01475-REB-MJW

ANTHONY FERNANDEZ,

Plaintiff,

v.

DENVER POLICE OFFICER THOMAS BOGERT, et al.,

Defendant.

MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Unopposed (Stipulated) Motion to Amend Scheduling Order, DN 35, filed with the Court on March 19, 2009, is GRANTED as follows:

1. The Plaintiffs may properly endorse expert witnesses, as required Fed.R.Civ.P 26(a)(2) and Judge Robert E. Blackburn's Trial Preparation Conference Order (Doc.10), on or before April 15, 2009;

2. The Defendants may endorse rebuttal experts on or before May 15, 2009; and,

3. The parties may depose expert witnesses through June 15, 2009.

Date: March 20, 2009