IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01475-REB-MJW

ANTHONY FERNANDEZ,

Plaintiff,

v.

DENVER POLICE OFFICER THOMAS BOGERT, et al.,

Defendant.

---

MINUTE ORDER

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

     It is hereby ORDERED that Defendants' Motion to Reconsider "Order Regarding Defendants' Motion to Strike Plaintiff's Disclosures of Expert Testimony Pursuant to Rule 26(a)(2) Fed. R. Civ. P. (docket no. 27)" Denying Defendants' Motion to Strike Plaintiff's Disclosures of Expert Testimony Pursuant to Rule 26(a)(2) Fed.R.Civ.P. (docket no. 33) is DENIED as MOOT based upon this court's minute order (docket no. 38).

Date:  April 17, 2009