IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01475-REB-MJW

ANTHONY FERNANDEZ,

Plaintiff,

v.

DENVER POLICE OFFICER THOMAS BOGERT, et al.,

Defendant.

MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Unopposed (Stipulated) Motion to Amend Scheduling Order to Permit Defendants to Endorse Rebuttal Experts Through June 2, 2009, filed with the court on May 6, 2009, DN 40, is GRANTED and the Scheduling Order is amended to permit the defendants an extension of time to endorse rebuttal experts up through and including June 2, 2009.

Date:  May 8, 2009