IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01475-REB-MJW

ANTHONY FERNANDEZ,

Plaintiff,

v.

DENVER POLICE OFFICER THOMAS BOGERT, et al.,

Defendant.

MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Unopposed (Stipulated) Motion to Amend Scheduling Order to Permit Defendants to Endorse Rebuttal Experts Through June 16, 2009, and Depose Rebuttal Experts Through June 30, 2009 [Docket No. 44, Filed May 29, 2009] is GRANTED and the Scheduling Order is amended to permit the defendants an extension of time to endorse rebuttal experts up through and including June 16, 2009.

Date: July 29, 2009