## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **LISA MARIE BETZ, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )  No. CIV-08-1475-DLR-MJW |
| | ) |
| **DENVER POLICE OFFICER** | ) |
| **THOMAS BOGERT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Before the Court is Plaintiffs' motion to compel discovery responses. Doc. No. 54. Plaintiffs' motion is DENIED. The motion was not filed until four (4) months after the discovery cut-off. Hence, the motion is untimely. The original interrogatory and request for production as to which Plaintiffs seek responses were vague. Plaintiffs could and should have clarified them long ago. Finally, at this point, the discovery sought is moot because summary judgment has already been granted in favor of Defendant City and County of Denver and the discovery is not relevant to the one remaining claim against Defendant Bogert.

IT IS SO ORDERED this 31st day of August, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE