**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **LISA MARIE BETZ, et al.,**       )<br>                                                    )<br>             **Plaintiffs,**              )<br>                                                    )<br>**vs.**                                           )<br>                                                    )<br>**DENVER POLICE OFFICER**      )<br>**THOMAS BOGERT, et al.,**         )<br>                                                    )<br>             **Defendants.**            ) | No. 08-cv-01475-DLR-MJW |

## ORDER

Plaintiffs have filed a Motion for Court to Reconsider Order Denying Plaintiffs' Motion to Reset Case for a Jury Trial Between November 5, 2009 and November 20, 2009 [Doc. No. 73]. This motion is DENIED.

This case is over a year old. The parties and the Court agreed to a setting of the trial to begin on October 28, 2009. The Court set aside this time to try the case and has other obligations on the alternate dates suggested. Less than a month prior to trial, the Plaintiffs are asking the Court and opposing counsel to reset their schedules because they want a new attorney. It is too late.

If Plaintiff wishes to hire a new attorney, they must obtain one who can be ready for trial on October 28, 2009. Derek Cole should not have agreed to enter an appearance in this case when he knew he had a conflict with the date set for trial. Plaintiffs will either have to continue with present counsel or obtain new counsel who can be prepared for trial on October 28, 2009 at 9:00 a.m., in Courtroom 601.

IT IS SO ORDERED this 6th day of October, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE