# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LISA MARIE BETZ, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   No. 08-cv-01475-DLR-MJW |
| | ) |
| DENVER POLICE OFFICER | ) |
| THOMAS BOGERT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiffs' attorney, Derek Cole has filed a frivolous motion for the Judge to recuse himself from the case because his motion for continuance was denied.

Plaintiffs' attorney has cited no authority under 28 U.S.C. § 455 or case law which would reasonably suggest that failure to grant a continuance is grounds for recusal.

Plaintiffs' motion [Doc. No. 74] is DENIED.

IT IS SO ORDERED this 6th day of October, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE