# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **LISA MARIE BETZ, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No. 08-cv-01475-DLR-MJW** |
| | ) | |
| **DENVER POLICE OFFICER** | ) | |
| **THOMAS BOGERT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The partes are ORDERED to file their proposed jury instructions on or before October 23, 2009.  Any proposed voir dire, trial briefs and motions in limine should also be filed on or before October 23, 2009.  Responses to any motions in limine must be filed on or before October 27, 2009.

IT IS SO ORDERED this 20th day of October, 2009.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE