# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number: **08-cv-01475-DLR-MJW**

---

**LISA MARIE BETZ, et al.,**

    Plaintiffs,

v.

**DENVER POLICE OFFICER THOMAS BOGERT, et al.,**

    Defendant.

---

**ORDER**

---

Before the Court is the following Motion, filed by Plaintiffs,

**PLAINTIFFS' "NO POSITION" (BY OPPOSING COUNSEL) MOTION FOR:**

**LEAVE TO AMEND PLAINTIFF'S NON-EXPERT WITNESS LIST, AS SET FOR IN THE FINAL PRETRIAL ORDER [DOC. NO. 49], TO INCLUDE, BY "PEN AND INK" INTERLINEATION, NAMED PARTY PLAINTIFF, ANTHONY ALDO FERNANDEZ, NEXT FRIEND OF PLAINTIFF, A "MINOR," AS PLAINTIFF'S NON-EXPERT WITNESS "C"**

The foregoing Motion is hereby GRANTED.

**IT IS SO ORDERED** this 22nd day of October, 2009.

*[signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE